**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **PABLO ANTONIO AMARO,** <br> **A#244 696 883,** | § <br> § <br> § | |
| **Petitioner,** | § <br> § <br> § | |
| vs. | § <br> § | **PETITION FOR WRIT OF HABEAS** <br> **CORPUS UNDER 28 U.S.C. §2241** |
| **WARDEN, South Texas ICE Processing** <br> **Center; ET AL.,** | § <br> § <br> § | **SA-26-CV-002144-FB** |
| **Respondents.** | § <br> § <br> § | |

**ORDER DIRECTING SERVICE**
**and ANSWER/RESPONSE**

Before the Court is Petitioner Pablo Antonio Amaro's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus. (ECF No. 1). Petitioner is proceeding *pro se* and paid the filing fee. Petitioner challenges his detention by the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement pending removal proceedings.

Accordingly,   **IT IS ORDERED** that the U.S. District Clerk: (1) furnish the Office of the U.S. Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order by serving Stephanie Rico, the Civil Process Clerk of the U.S. Attorney's Office, and that such delivery by certified mail return receipt requested constitute sufficient service of process on Respondent Markwayne Mullin, acting Secretary of the Department of Homeland Security; and (2) serve Respondent, Renaldo Castro, Warden of the South Texas ICE Processing Center by certified mail return receipt requested at the following address:

South Texas ICE Processing Center
566 Veterans Dr.
Pearsall, TX    78061.

Additionally, **IT IS ORDERED** that Respondents file an answer or response to the Petition **within thirty (30) days from the date of service**.

**SIGNED** this 11th day of April, 2026.

FRED   BIERY
UNITED STATES DISTRICT JUDGE